# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| JOMAR MAYSONET,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>      Defendant. | Case No. 1:18-cv-24743-DPG<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Jomar Maysonet ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), have settled all claims between them in this matter.

The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days.

The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 10th day of July 2019.

By: /s/ *Aaron M. Swift*
**Aaron M. Swift, Esq**
FBN 0093088
Swift & Isringhaus, P.A.
10460 Roosevelt Blvd. N.
Suite 313
St. Petersburg, FL 33716
Telephone: (727) 490-9919
Facsimile: (727) 255-5332
aswift@swift-law.com
*Attorney for Plaintiff*,
*Jomar Maysonet*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ *Natalie McGuire*