## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

JOMAR MAYSONET,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Case No.  1:18-cv-24743-DPG

**STIPULATION OF DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jomar Maysonet and Defendant Capital One Bank (USA), N.A., ("Capital One"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Capital One. Each party shall bear their own attorneys' fees, costs and expenses.

    Respectfully submitted this 14th day of August 2019.

| | |
|---|---|
| */s/ Aaron M. Swift* <br> Aaron M. Swift, FBN 0093088 <br> Swift, Isringhaus & Dubbeld, P.A. <br> 10460 Roosevelt Blvd. N., Suite 313 <br> St. Petersburg, FL 33716 <br> T: (727) 490-9919 <br> aswift@swift-law.com <br><br> Attorneys for Plaintiff, <br> Jomar Maysonet | */s/ Jenny N. Perkins* <br> Jenny N. Perkins, FBN 77570 <br> Ballard Spahr LLP <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103 <br> T: (215) 864-8378 <br> perkinsj@ballardspahr.com <br><br> Counsel for Defendant <br> Capital One Bank (USA), N.A. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Lia Ruggeri*